JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB ROBERTSON,<br><br>              Petitioner,<br><br>      v.<br><br>BRIAN CATES, Acting Warden,<br><br>              Respondent. | Case No. CV 18-6763-VBF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 3, 2021

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE